NATALIE F. COUCH, as Committee of the Person and Property of MICHAEL J. CARY, an Incompetent, Respondent, v. FABER L. CARY, Appellant, and Others, Defendants.— Interlocutory judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

CHARLES R. DENBY, Respondent, v. WESTCHESTER COUNTY PARK COMMISSION and COUNTY OF WESTCHESTER, Appellants. (Action No. 2.) — Judgment of the City Court of Yonkers unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

EARNEST R. ECKLEY, Appellant, v. THE PEOPLE OF THE STATE OF NEW YORK and VILLAGE OF MAMARONECK, Respondents, Impleaded with F. A. OTTMAN & SON, INC., Respondent, Appellant.— Order relieving the People of a stipulation and vacating judgment affirmed, with fifty dollars costs and disbursements, on the ground of fraud and on the further ground that the consent of the Attorney-General was improvidently given and was without authority in law. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

MILDRED EGAN, Respondent, v. LOUIS McMURRAY COLTON, Appellant.— Order denying motion to strike out paragraphs numbered second, third and fourth of the complaint affirmed, with fifty dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

FRANCES FAVUZZA, Respondent, v. FRANK FAVUZZA, Appellant.— Order granting motion for temporary alimony and counsel fee affirmed, with ten dollars costs and disbursements. Appeal from order denying motion for reargument dismissed. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

LUIGI GAETA, Respondent, v. THE CITY OF NEW YORK, Appellant, Impleaded with JOHN A. MURPHY, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

SARAH GAETA, Respondent, v. THE CITY OF NEW YORK, Appellant, Impleaded with JOHN A. MURPHY, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

GRAMATAN NATIONAL BANK AND TRUST COMPANY OF BRONXVILLE, Respondent, v. COUNTY OF WESTCHESTER and Others, Appellants.*— Order granting summary judgment and judgment entered thereon reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on authority of *Peoples National Bank & Trust Company of White Plains* v. *County of Westchester* and *City of White Plains* (*post*, p. 827), decided herewith. Lazansky, P. J., Hagarty and Carswell, JJ., concur; Young and Scudder, JJ., dissent and vote to modify so as to provide that costs be stricken out. [See 145 Misc. 745; *post*, p. 845.]

ALICE HARPER, Respondent, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant. JOHN HARPER, Respondent, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.